UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PRESLEY PROPERTIES,<br>　　　　　Plaintiff(s),<br>　　v.<br>MDK MOTOR SPORTS,<br>　　　　　Defendant(s).<br>_____/ | No. C 10-1512 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 25, 2010, Richard Samson, as Trustee for the Chapter 7 Bankruptcy Estate of Defendant MDK Motor Sports, filed a Motion to Transfer Venue, with a noticed hearing date of July 15, 2010. (Dkt. #4.) Pursuant to Civil Local Rule 7, any opposition or statement of non-opposition was due by June 24, 2010. However, none of the named parties have filed an opposition or statement of non-opposition. Accordingly, the Court hereby VACATES the July 15 hearing and ORDERS the parties to show cause why Samson's motion should not be granted. The parties shall file their declarations by July 15, 2010, and the Court shall conduct a hearing on July 22, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 6, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge