UNITED STATES  DISTRICT COURT

Northern District of California

PRESLEY PROPERTIES,

                        Plaintiff(s),                    No. C 10-01512 MEJ

        v.
                                                         **ORDER VACATING CMC**
MDK MOTOR SPORTS,

                        Defendant(s).
_____/

        This matter is currently scheduled for a case management conference on July 22, 2010.  As there is a pending motion to transfer venue, the Court hereby VACATES the July 22 c.m.c.  The Court shall reschedule the conference, if necessary, after resolution of the pending motion to transfer.

        **IT IS SO ORDERED.**

Dated: July 8, 2010

                                                         _____
                                                         Maria-Elena James
                                                         Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**