UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PRESLEY PROPERTIES, LLC, et al.,<br><br>           Plaintiffs,<br>  v.<br><br>MDK MOTOR SPORTS, LLC, et al.,<br><br>           Defendants.<br>_____/ | No. C 10-1512 MEJ<br><br>**ORDER DISCHARGING OSC**<br><br>**ORDER RE: MOTION TO TRANSFER** |

On July 6, 2010, the Court ordered Plaintiffs to show cause why this case should not be transferred. (Dkt. #11.) The Court is now in receipt of Plaintiffs' response, (Dkt. #14), and hereby DISCHARGES the order to show cause. As the motion to transfer remains pending, the Court ORDERS the parties to file a joint statement which provides their availability on Thursdays at 10:00 a.m. for a hearing on the matter. The undersigned is unavailable on the following Thursdays: August 19, September 9, and September 16.

**IT IS SO ORDERED.**

Dated: July 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge