UNITED STATES DISTRICT COURT

Northern District of California

PRESLEY PROPERTIES, LLC, et al.,

               Plaintiffs,

  v.

MDK MOTOR SPORTS, LLC, et al.,

               Defendants.
_____/

No. C 10-1512 MEJ

**ORDER TRANSFERRING ACTION TO BANKRUPTCY COURT**

The Court is in receipt of the Declaration of Peter Isola Regarding Pending Motion to Transfer Venue. (Dkt. #19.) In his motion, Mr. Isola directs the Court's attention to a similar case in this district, which the Honorable Richard Seeborg transferred to the bankruptcy court. *See Gilbert v. MDK Motor Sports, LLC*, C-10-1511 RS, *Order Transferring Action to Bankruptcy Court*, Dkt. #34. In that case, Judge Seeborg found that the notice of removal was initially drafted with the understanding that it would be filed in the bankruptcy court, although that paragraph (¶6) had been crossed out by hand. Here, too, the notice of removal was drafted with the understanding that it would be filed in the bankruptcy court, and that paragraph (also ¶6) has been crossed out by hand. As in the *Gilbert* matter, it appears that this case should have been removed to the bankruptcy court. *See In re Eyecare of So. California*, 258 B.R. 765, 768 (2001); General Order 24. Accordingly, good cause appearing, this action is hereby transferred to the bankruptcy court for the Northern District of California pursuant to the referral of bankruptcy matters found in General Order 24. This order is without prejudice to the parties' pending motions to transfer venue and to remand to state court, both of which may be re-noticed for hearing in the bankruptcy court.

**IT IS SO ORDERED.**

Dated: July 26, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge